United States District Court
Southern District of Texas
**ENTERED**
March 28, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GEORGE ASSAD, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:19-CV-656 |
| | § | |
| PENN VIRGINIA CORPORATION, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

In accordance with Plaintiff's Notice of Voluntary Dismissal filed on March 26, 2019 (Doc. 7) this case is DISMISSED without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

SIGNED at Houston, Texas, this ___27th___ day of March, 2019.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE